# Court of Appeals
# of the State of Georgia

ATLANTA, August 22, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2109. RONALDO RATLIFF v. AX AUTO, INC.

After a jury verdict, the trial court granted defendant AX Auto, Inc.'s motion for a directed verdict as to one count of the Ronaldo Ratliff's complaint and granted a motion for new trial as to the other claims. Ratliff filed a direct appeal from that order. We, however, lack jurisdiction.

In a civil case, "[t]he *grant* of a motion for new trial is not a final order from which a direct appeal may be taken." *Murray v. Rozier*, 186 Ga. App. 184, 184 (367 SE2d 886) (1988) (emphasis in original). See also *Cotton States Mut. Ins. Co. v. Bishop*, 170 Ga. App. 9, 9 (316 SE2d 167) (1984) ("A judgment granting a new trial is not a final judgment[.]") (citation and punctuation omitted). To obtain appellate review at this juncture, Ratliff was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Murray*, 186 Ga. App. at 184. Because Ratliff did not comply with those requirements, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/22/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*